UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

CLERK
U.S. BANKRUPTCY COURT
NORFOLK DIVISION

2025 APR 28  AM 10: 01

FILED

In re: Frederick Sims McRae,
           Debtor.

Case No. 24-71950-FJS
Chapter 7

Frederick Sims McRae,
           Defendant.

v.

APN No. 25-07004-FJS

Matthew W. Cheney
Acting U.S Trustee for Region Four,
           Plaintiff

## MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Defendant, Frederick Sims McRae, Pro Se, pursuant to Rule 1017 of the Federal Rules of Bankruptcy Procedure, hereby moves the court for entry of voluntary dismissal without prejudice against Defendant, Frederick Sims McRae. In support of this Motion Defendant states:

### JURISDICTION AND VENUE

1. The Court has jurisdiction pursuant to 28 U.S.C § 1334 and the Order of Reference entered by the U.S. District Court of Virginia dated August 15, 1984. This is a core proceeding to 28 U.S.C. § 157(b)(2)(j). Venue is proper under 28 U.S.C § 1408 and 1409.

## ARGUMENT

Defendant, Frederick Sims McRae, didn't have the necessary funds to hire a bankruptcy attorney, therefore, after online research, and YouTube tutorials, Defendant proceeded "foolishly" to represent himself in this matter. With many mistakes made by Defendant in filing, He/I easily realizes He's in over his head. Defendant now has current and steady employment, and is able to hire appropriate counsel to resume this matter at a later date.

WHEREFORE, Defendant prays that the Court enter in His favor granting the relief requested in his Motion to the Court.

RESPECTFULLY SUBMITTED,

Frederick Sims McRae
Defendant
4-28-25
757 724 0026

## CERTIFICATE OF SERVICE

I certify that on **April 28, 2025** a copy of this Motion for Voluntary Dismissal Without Prejudice, was hand delivered on the same date by Pro Se Defendant, Frederick Sims McRae addressed as follows: OFFICE OF THE UNITED STATES TRUSTEE, 200 GRANBY STREET, ROOM 625, NORFOLK, VIRGINIA 23510.

/s/ Frederick Sims McRae

B420A (Official Form 420A) (Notice of Motion or Objection) (12/16)            EDVA (12/16)

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## __Norfolk__ Division

In re: Frederick Sims McRae )
)
*[Set forth here all names including married, maiden, and* )
*trade names used by debtor within last 8 years.]* )   Case No. 24-71950-FJS
)
Debtor )   Chapter 7
)
Address 1729 Princeton Ave )
Norfolk Va 23523 )
)
Last four digits of Social Security or Individual Tax-payer )
Identification (ITIN) No(s).,(if any): 2030 )
)
Employer's Tax Identification (EIN) No(s).(if any): )
_____ )

## NOTICE OF MOTION (OR OBJECTION)

Frederick S McRae _____ has filed papers with the court to Review attached Motion _____.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the motion (or objection), or if you want the court to consider your views on the motion (or objection), then on or before __May 6__, you or your attorney must:

☑ File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

Clerk of Court
United States Bankruptcy Court
600 Granby St Room 400
Norfolk Va 23510

2

You must also send a copy to:

☑ Attend a hearing to be scheduled at a later date. You will receive separate notice of hearing. **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing**

☐ ✓ Attend the hearing on the motion (or objection) scheduled to be held on ___May_____ at __6___ 9 a.m. at United States Bankruptcy Court, __Norfolk   Va_____.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: 4·28·25

Signature, name, address and telephone number of person giving notice:

1729 Princeton Ave
Norfolk Va 23523
757 724 0026

Virginia State Bar No. _____
Counsel for _____

Certificate of Service

I hereby certify that I have this __28th__ day of __April_____, 20 _25_, mailed or hand-delivered a true copy of the foregoing Notice of Motion (or Objection) to the parties listed on the attached service list.